# CURRENT OHIO COURT of APPEALS CASES
## Weekly Advance Abstract Opinions

No. 148

SCOPILLITI v. STILLER

Ohio Appeals, 8th Dist., Cuyahoga County
No. 4872. Decided Feb. 11, 1924

Patterson, Houck and Shields, JJ., Sitting

**465.  ERROR—Agreed statement of facts must appear on the record or court is without power to review alleged error.**

HOUCK, J.

Error to the Cleveland Municipal Court

Epitomized Opinion

First Publication of this Opinion

The above plaintiff obtained a judgment against the defendant in the Municipal Court, which the trial judge therein set aside and granted a new trial. From this, error is prosecuted from that court direct to the Court of Appeals to obtain a reversal of the judgment on the ground that the trial court abused his discretion in granting a new trial.

No bill of exceptions was taken but the case was to be heard in Appeals in lieu therefor, upon an agreed statement of facts.

The Court of Appeals held that it was necessary to get the agreed statement on the record by a bill of exceptions, or in a journal entry, and there being none, this court has no power to review the alleged error of the Municipal Court.

Attorneys—Saffran, Nuncio and Romano, for Scopilliti; Squire, Sanders & Dempsey, for Stiller; all of Cleveland.